UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

THOMAS CHAPMAN,

                Plaintiff,

    -against-

STATE OF NEW YORK (NYS DIVISION OF
PAROLE); M. RAYNOR, BROOKLYN #4 PAROLE
OFFICER,

                Defendants.
-----------------------------------------------------------------x

**MEMORANDUM AND CIVIL JUDGMENT**
11-CV-1814 (ENV) (LB)

FILED
IN CLERK'S OFFICE
US DISTRICT COURT
★ NOV 0 4 2011 ★
BROOKLYN OFFICE

VITALIANO, United States District Judge:

By order dated September 7, 2011 and entered September 14, 2011, plaintiff's claims against the State of New York and the New York State Division of Parole were dismissed with prejudice. Plaintiff's claim against Parole Officer M. Raynor was dismissed without prejudice with leave to replead within 30 days of the date of the order's entry. More than 30 days have elapsed, and plaintiff has failed to respond to the Court's order. Accordingly, the Clerk is directed to close this case and, it is

**ORDERED, ADJUDGED AND DECREED** that final judgment be, and hereby is, entered for defendants. 28 U.S.C. § 1915A. The Court certifies pursuant to 28 U.S.C. § 1915 (a)(3) that any appeal from this Memorandum and Judgment would not be taken in good faith and therefore *in forma pauperis* status is denied for purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

                                                    ERIC N. VITALIANO
                                                    United States District Judge

Dated: Brooklyn, New York
         November 1, 2011

